[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-14010
Non-Argument Calendar
_____

D.C. Docket No. 8:16-cr-00311-EAK-MAP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RENE BORRERO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(April 13, 2018)

Before WILSON, MARTIN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Roseanne Brady, appointed counsel for Rene Borrero in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Borrero's conviction and sentence are **AFFIRMED**.  Further, Borrero's motion for appointment of new counsel is **DENIED**.